# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

**In re** Asma Sikander                              **Case No.** 19-10501-KHK

                                **Debtor(s)**        **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ __1518.13__ , currently on deposit with the Treasury of the United States, be returned to:

Asma Sikander
c/o Fisher-Sandler, LLC,
3977 Chain Bridge Rd., #2
Fairfax, Virginia   22030

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: __Jul 23 2020__        /s/ Klinette H. Kindred
                             United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
__July 27, 2020__

pc: Financial Administrator

[ounclmfd ver. 03/06]